# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| LOUIS PECK,<br><br>   Plaintiff,<br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>   Defendant. | NO.: CV-17-96-GF-BMM-JTJ<br><br><br><br>ORDER AWARDING EAJA FEES |

Plaintiff Louis Peck filed a stipulated motion seeking an award of $7,625.61 in attorney's fees. For the reasons set forth in the stipulated motion, supporting affirmation, and good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Plaintiff is granted attorney's fees in the amount of $7,625.61 under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412. Any award of EAJA fees shall be subject to offset under the Treasury Offset Program (31 U.S.C. §3716(c)(3)(B) (2006)) pursuant to *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29

(2010).

DATED this 20th day of December, 2018.

_____
John Johnston
United States Magistrate Judge